**HOOK & FATOVICH, LLC**
1044 Route 23 North, Suite 100
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Counsel for Debtor-in-Possession
**ILISSA CHURGIN HOOK, ESQ.**
**MILICA A. FATOVICH, ESQ.**

| | |
|---|---|
| In re: <br><br> **J.S.L.A.P., Inc. d/b/a Frank's Pizzeria and Italian Restaurant,** <br><br> **Debtor-in-Possession.** | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CHAPTER 11 <br><br> Case No.: 22-11225-SLM <br><br> Hon. Stacey L. Meisel, U.S.B.J. <br><br> Hearing Date: June __, 2022 at __:__ _.m. |

### NOTICE OF DEBTOR'S MOTION FOR AN ORDER CONVERTING THE DEBTOR'S CHAPTER 11 BANKRUPTCY CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE**, that pursuant to the attached Order Shortening Time Period For Notice, Setting and Limiting Notice, on June __, 2022 at __;__ _.m,, or as soon thereafter as counsel may be heard, the undersigned counsel for the within Debtor in Possession, shall move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, NJ 07102 (the "Court") for an entry of an Order pursuant to Section 1112(a) of the United States Bankruptcy Code (i) converting the above-caption Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, and (ii) directing the Office of the United States Trustee to appoint a Chapter 7 trustee (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion the undersigned

shall rely on the accompanying Application, which sets forth the relevant factual and legal basis

upon which the relief requested should be granted. A proposed Order granting the relief

requested in the Motion also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in

the Motion shall be submitted in accordance with the attached Order Shortening Time.

**PLEASE TAKE FUTHER NOTICE,** that in accordance with D.N.J. LBR 9013-2, no

brief is being filed in support of this motion in as much as the legal principles involved are not in

dispute or novel and are set forth in the accompanying Application.


**HOOK & FATOVICH, LLC**
Counsel for the Debtor-in-Possession


By: /s/    Ilissa Churgin Hook
    ILISSA CHURGIN HOOK


Dated: June 1, 2022

-2-